# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

JEAN CHRISTIAN KONAN

**WARRANT FOR ARREST**

CASE NUMBER: **00 - 6073**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JEAN CHRISTIAN KONAN _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)   from on or about September 30, 1999, to on or about October 11, 1999, conspiracy to use unauthorized access devices and use of an unauthorized access device,

in violation of Title __18__ United States Code, Section(s) __371, 1029(a)(2), and 2__ _____

CLARENCE MADDOX _____
Name of Issuing Officer

_signature_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT _____
Title of Issuing Officer

Fort Lauderdale, Florida
Date and Location   3 -23 -00

Bail fixed at   75,000 CSB

by _Lurana S. Snow_
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |