UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. 00-6073-CR-FERGUSON
            Plaintiff,

        Vs.

JEAN C. KONAN,
            Defendant.

_____/

ORDER OF TRANSFER TO CLERK

        The above-styled cause is hereby transferred to the Clerk's suspended file

until such time as Jean C. Konan, is apprehended and brought before the Court in

this district.

        DONE AND ORDERED at Fort Lauderdale, Florida this 31st day of May 2000

                                    _____
                                    WILKIE D. FERGUSON, JR.
                                    UNITED STATES DISTRICT JUDGE

cc:  AUSA
     Clerk of Court