UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6073-CR-HUCK
Magistrate Judge William Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN CHRISTIAN KONAN,

    Defendant.
_____/



## ADMINISTRATIVE ORDER CLOSING CASE

THIS MATTER is before the Court upon administrative review. On March 23, 2000 an Indictment was returned on the above named defendant. The defendant not having been arrested, placed on fugitive status and 3 years having elapsed, the Clerk of Court shall **CLOSE** the case.

DONE AND ORDERED in Chambers, Miami, Florida, this 23 day of May, 2003.

Paul C. Huck
United States District Judge

Copies furnished to:

Robin Stacie Rosenbaum, AUSA

